UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Frankie Still, individually and as
representative of the estate of Randy
Maye Hatton, deceased, and on behalf,
of the class of wrongful death beneficiaries
(Kerrie Guevara, Brian Hatton and Kevin Hatton),
et al.,

       Plaintiffs,                Civil No. 06-1162 (RHK/JSM)

vs.                              **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., et al.,

       Defendants.

     The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 29, 2006

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge